# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0554.  WIN-WIN INVESTMENT NETWORK, LLC v. CRIMSON PORTFOLIO, LLC AND STITES & HARBISON, PLLC.**

Upon consideration of appellee's MOTION TO DISMISS, it is ordered that said motion be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/15/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*